# GISKAN SOLOTAROFF ANDERSON & STEWART LLP
## Attorneys at Law

Oren Giskan
ogiskan@gslawny.com
Direct: (646) 964-9644
Fax: (646) 520-3237

September 11, 2013

**VIA ELECTRONIC MAIL**

The Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
CoteNYSDChambers@nysd.uscourts.gov

         Re:    *James et al. v. Penguin Group (USA) Inc., et al.*, No. 13-cv-02801 (DLC)

Your Honor:

    I represent the Plaintiffs in the above-referenced matter. I write, pursuant to the Court's order of September 5, 2013, to inform the Court that Plaintiffs intend to file a Second Amended Complaint in lieu of opposing the pending motion to dismiss. The parties have agreed, subject to the Court's approval on the following schedule:

| | |
|---|---|
| Plaintiffs to file their Second Amended Complaint | September 27, 2013 |
| Defendants to file motion to dismiss | November 1, 2013 |
| Plaintiffs' opposition to motion to dismiss | November 27, 2013 |
| Defendants' reply in support of motion to dismiss | December 18, 2013 |

    The parties further request that the Initial Pretrial Conference scheduled for September 13, 2013 be adjourned until October 11th or 18th.

                                           Respectfully yours,

                                                           s/
                                                  Oren S. Giskan

cc: Jonathan Herman, Esq. (via email)