```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
KELVIN JAMES, JODI FOSTER, and TERRY     :   13cv2801 (DLC)
HARDY on behalf of themselves and        :
others similarly situated,               :       ORDER
                                         :
                      Plaintiffs,        :
                                         :
        -v-                              :
                                         :
PENGUIN GROUP (USA) INC. and AUTHOR      :
SOLUTIONS,                               :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 3, 2015, plaintiffs submitted a letter regarding a potential transfer of venue in this action. Defendant Author Solutions ("AS") responded with a letter of February 4.

On February 4, plaintiffs submitted a presently-undocketed letter raising a new discovery dispute in this action involving a subpoenaed third party. On February 5, AS responded with a presently-undocketed letter. Accordingly, it is hereby

ORDERED that a telephone conference shall be held on February 6 at 2:30pm to discuss these two issues. Counsel for the subpoenaed third party is welcome though not required to participate in the conference. Once all participating counsel are on a conference telephone line, they shall call Chambers at

(212) 805-0202.

Dated:   New York, New York
         February 5, 2015

                                    _____
                                           DENISE COTE
                                    United States District Judge