Cote, D.

<div style="text-align:center"><u>**EXHIBIT A**</u></div>

NICAL

9/14/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MARY SIMMONS, and JODI FOSTER, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AUTHOR SOLUTIONS, LLC,

    Defendants.

---------------------------------------------------------------x

Case No. 13 CV 2801 (DLC) (SN)

ECF Case

**STIPULATION OF DISMISSAL OF
<u>ALL CLAIMS WITH PREJUDICE</u>**

    IT IS HEREBY AGREED, by and between the attorneys for the undersigned parties, as follows:

    1.    Having settled their dispute in its entirety, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action and all claims asserted therein are herewith dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

    2.    This Stipulation may be executed in one or more parts, and a facsimile or electronically scanned copy may serve as an original for the purposes of filing.

Dated: New York, New York
          September 8, 2015

*So ordered.*

*[signature]
9/14/15*

<div style="columns:2">

DORSEY & WHITNEY LLP

By: *[signature]*
Jonathan M. Herman
Christopher G. Karagheuzoff
Jonathan Montcalm
51 West 52nd Street
New York, NY 10019
Tel: (212) 415-9200
Fax: (212) 953-7201

*Counsel for Defendant
Author Solutions, LLC*

GISKAN SOLOTAROFF ANDERSON & STEWART LLP

By: *[signature]*
Oren Giskan
O. Iliana Konidaris
11 Broadway, Suite 2150
New York, New York 10004
Tel: (212) 847-8315
Fax: (646) 520-3237

*Counsel for Plaintiffs Mary Simmons and Jodi Foster*

</div>

**SO ORDERED:**

_____
**U.S.D.J.**